# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5144**

**September Term, 2024**

**1:25-cv-01015-RCL**

**Filed On:** April 28, 2025

Patsy Widakuswara, et al.,

     Appellees

    v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the U.S. Agency
for Global Media, et al.,

     Appellants

**No. 25-5145**

**1:25-cv-00887-RCL**

Michael Abramowitz, in his official capacity as
Director of Voice of America, et al.,

     Appellees

    v.

Kari Lake, in her official capacity as Senior
Advisor to the Acting CEO of the United
States Agency for Global Media, et al.,

     Appellants

_____

**No. 25-5144**                                                    **September Term, 2024**

**No. 25-5150**

**1:25-cv-00966-RCL**

Middle East Broadcasting Networks, Inc.,

        Appellee

     v.

United States of America, et al.,

        Appellants

**No. 25-5151**

**1:25-cv-00907-RCL**

Radio Free Asia,

        Appellee

     v.

United States of America, et al.,

        Appellants

**BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

**O R D E R**

Upon consideration of the motions for an administrative stay and stay pending appeal filed in these cases, and the responses thereto, and the motion for expedited consideration filed in No. 25-5150 and No. 25-5151, it is

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5144**                                    **September Term, 2024**

     **ORDERED** that any remaining responses to the motions for an administrative stay and stay pending appeal are now due by 10:00 a.m. on Tuesday, April 29, 2025. Any replies are now due by 11:59 p.m. on Tuesday, April 29, 2025.

**Per Curiam**

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                          BY:    /s/
                                      Amy Yacisin
                                      Deputy Clerk